**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10263 |
| Plaintiff - Appellee, | D.C. No. 2:07-cr-00248-WBS-10 |
| v. | |
| MARCO ANTHONY GOMEZ, Jr., AKA Silky, | **ORDER AMENDING DISPOSITION AND DENYING PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC** |
| Defendant - Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10265 |
| Plaintiff - Appellee, | D.C. No. 2:07-cr-00248-WBS-9 |
| v. | |
| BENJAMIN SANTOS CASTRO, AKA Santos Benjamin Castro, AKA Reaper, | |
| Defendant - Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10266 |
| Plaintiff - Appellee, | D.C. No. 2:07-cr-00248-WBS-11 |
| v. | |
| EDWARD FUENTES, | |

```
                                        |
            Defendant - Appellant.      |
                                        |
_____|


Before: FARRIS, FERNANDEZ, and IKUTA, Circuit Judges.


     The Memorandum disposition filed on November 22, 2013 (Docket #49) is

amended as follows:

     At page 5, line 8, the third sentence of the first full paragraph is stricken and

replaced with the following sentence: *When he was younger he was convicted of*

*voluntary manslaughter, and after his release from prison he returned to criminal*

*activities.*

     With this amendment, the panel has voted to deny Appellant Fuentes'

Petition for Rehearing and Appellant Castro's Petition for Rehearing En Banc.

     The full court has been advised of the petition for rehearing en banc and no

judge has requested a vote on whether to rehear the matter en banc.  Fed. R. App.

P. 35.

     The petition for panel rehearing and the petition for rehearing en banc are

DENIED.
```